IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KIRK SZOPINSKI,

    Plaintiff,

v.

LINDSAY WALKER, et al.,

    Defendants.

ORDER

Case No. 20-cv-1044-jdp

    Plaintiff Kirk Szopinski submitted a proposed complaint and has paid the $400 filing fee. Because plaintiff is a prisoner, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

    Accordingly, IT IS ORDERED that plaintiff Kirk Szopinski's complaint is taken under advisement pursuant to 28 U.S.C. § 1915A. Plaintiff will be notified promptly when such a decision has been made.

    Entered this 30th day of November, 2020.

                  BY THE COURT:

                  /s/
                  PETER OPPENEER
                  Magistrate Judge